UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

UNITED STATES OF AMERICA                                              PLAINTIFF

VS.                              4:05cr305-37

JEFFERSON VANALLEN                                                   DEFENDANT(S)

ORDER

The government has filed a **motion for revocation of conditions of bond and for a warrant to be issued** (doc #427). The motion for a warrant is **GRANTED**.

The Clerk is directed to issue a warrant for the arrest of the defendant Jefferson VanAllen. The United States Marshal is directed to bring the defendant before U.S. Magistrate Judge John F. Forster, Jr. forthwith to show cause why his conditions of release should not be revoked.

IT IS SO ORDERED this 4th day of May 2006.

/s/ John F. Forster, Jr.
U.S. MAGISTRATE JUDGE